# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARL W. SCHENKER,<br><br>Plaintiff,<br><br>v.<br><br>J. GARCIA, *et al.*,<br><br>Defendants. | Case No. 3:23-CV-00094-RCJ-CLB<br><br>**ORDER DENYING AS MOOT MOTION FOR ORDER TO SHOW CAUSE AND GRANTING MOTION FOR RES EXTINCTA ON ALL OUTSTANDING CLAIMS**<br><br>[ECF Nos. 22, 23] |

Before the Court are two motions filed by Plaintiff Karl W. Schenker: (1) motion for order to show cause; and (2) motion for "res extincta" on all outstanding claims. (ECF Nos. 22, 23, respectively.) The motion for order to show cause relates to a settlement agreement the parties entered into. (*See* ECF No. 22.) The motion for "res extincta" essentially states the motion for order to show cause is moot because the terms of the settlement have been met. (*See* ECF No. 23.)

In light of the above, **IT IS ORDERED** that the motion for "res extincta" (ECF No. 23), is **GRANTED** and the motion for order to show cause, (ECF No. 22), is **DENIED as moot**.

Further, **IT IS ORDERED** that the parties shall file a stipulation and proposed order of dismissal or status report regarding settlement by no later than **April 19, 2024**.

**IT IS SO ORDERED.**

**DATED**: April 3, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**