AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Tel: (702) 486-3375
Fax: (702) 486-3773
Email: rdsilva@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KARL W. SCHENKER, | Case No. 3:23-cv-00094-RCJ-CLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| C/O GARCIA, et al., | |
| Defendants. | |

Plaintiff, Karl W. Schenker, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 16th day of January, 2024.

By: _[signature]_
Karl W. Schenker #1026941
Plaintiff, Pro Se

DATED this 16th day of January, 2024.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED

_[signature]_
ROBERT C. JONES, UNITED STATES DISTRICT JUDGE

DATED: April 4, 2024